Robert E. Morelli, III (OSB No. 242740)
Carolyn H. Cottrell (Cal. 166977)*
Ori Edelstein (Cal. 268145)*
Sarah Madison (Wash. 62166)*
**Admitted Pro Hac Vice*
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
rmorelli@schneiderwallace.com
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
smadison@schneiderwallace.com

*Attorneys for Plaintiff and the Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

GAMINTZ SIMILIEN, on behalf of herself and on behalf of all others similarly situated,

*Plaintiff*,

v.

VILLAGE HEALTH CARE; EMPRES HEALTHCARE MANAGEMENT, LLC; and EVERGREEN HEALTHCARE GROUP, LLC,

*Defendants*.

Case No. 3:26-cv-1784-MO

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EMPRES HEALTHCARE MANAGEMENT, LLC PURSUANT TO FRCP 41(a)(1)(A)(ii)**

**ORDER OF DISMISSAL**

The stipulation is approved and Defendant, Empres Healthcare Management LLC., is hereby dismissed from this action without prejudice.

IT IS SO ORDERED.

Signed and Dated: November 24, 2026

Michael W. Mosman
MICHAEL W. MOSMAN
UNITED STATES DISTRICT COURT JUDGE



**SCHNEIDER WALLACE COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Phone: (415) 421-7100 • Fax: (415) 421-7105